# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 12, 2013

### NO. 03-12-00765-CV

**R. I., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES PUIRYEAR, PEMBERTON AND ROSE
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's order: **IT IS THEREFORE** considered, adjudged and ordered that the order of the district court is in all things affirmed. It **FURTHER** appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.